Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

In the Matter of Supplementary Proceedings: BESSIE COHEN, Respondent, v. HYMAN W. COHEN, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

In the Matter of the Administration of the Goods, Chattels and Credits of MARGARET T. KIRWIN, Sometimes Called MARGARET KIRWIN, Deceased. TIMOTHY J. KIRWIN, Appellant; CHRISTINA E. LAHERTY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

In the Matter of THE BROOKLYN BAR ASSOCIATION in Respect of WILLIAM A. MURPHY, an Attorney and Counselor at Law, Respondent.— Motion of respondent for an order rescinding the order of reference dated May 21, 1937, and dismissing these disciplinary proceedings granted to the extent only of rescinding the order of reference. The respondent has settled his civil liability to the complainant arising from his failure to prosecute her claim against which the Statute of Limitations has run. The Brooklyn Bar Association opposes the motion to the extent only of suggesting that the respondent should be censured and admonished to be more attentive to the obligations of his office. Such censure is imposed and such admonition is given, and these proceedings thereby terminated. Present — Hagarty, Carswell, Davis, Adel and Close, JJ. [See 251 App. Div. 732.]

PATRICK H. LARNEY, Respondent, v. S. & I. LEFKOWITZ, INC., and NEVA WET CORPORATION OF AMERICA, INC., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

A. LENOBEL, INC., Appellant, v. CHARLES G. SENIF, Respondent.— The motion to resettle the order of this court dated November 29, 1937, is referred to the court that rendered the decision on the appeal. [See 252 App. Div. 533.] Present — Hagarty, Carswell, Davis, Adel and Close, JJ. The motion to resettle the order is granted and the order is resettled so as to provide that, pursuant to the stipulation, judgment absolute is directed against the appellant on the counterclaim. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

JACOB LUKIN, and MIRIAM LUKIN, by JACOB LUKIN, Her Guardian ad Litem, Respondents, v. ANNA FREED, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

DAVID S. MURDEN, Appellant, v. WESTCHESTER COUNTY PUBLISHERS, INC., Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. .Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS CALAKIS, Appellant.— Motion for reargument denied. Present — Hagarty, Carswell, Davis, Adel and Close, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate

permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Hagarty.